

**FILED & ENTERED**

**DEC 28 2018**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Felix Anibal Diaz and Cecilia Giron Diaz, Debtors. | Case No.:   2:18-bk-17781-ER<br><br>Chapter:   7<br><br>**ORDER SETTING HEARING ON APPROVAL OF STIPULATION RESOLVING PROOF OF CLAIM [DOC. NO. 29]**<br><br>*Hearing:*<br><br>Date:       January 16, 2019<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>                Roybal Federal Building<br>                255 East Temple Street<br>                Los Angeles, CA 90012 |

   On December 20, 2018, Felix Anibal Diaz and Cecilia Giron Diaz (together, the "Debtors") and Deutsche Bank National Trust Company, as Certificate Trustee on behalf of Bosco Credit II Trust Series 2010-1 ("Creditor"), acting by and through their respective attorneys, filed a *Stipulation Resolving Proof of Claim* [Doc. No. 29] (the "Stipulation").

   On December 27, 2018, the Chapter 7 Trustee, John J. Menchaca (the "Trustee"), acting by and through his attorney, filed the *Trustee's Opposition to "Stipulation Resolving Proof of Claim" Filed as Document # 29 in the Bankruptcy Case and Request for Hearing on Same* [Doc. No. 31] (the "Opposition").

//

On the Court's own motion, IT IS HEREBY ORDERED as follows:

1.  The Court will conduct a hearing on whether to approve the Stipulation at the above-captioned date and time in light of the arguments raised by the Trustee in the Opposition.

2.  The Debtors and Creditor are directed to file a reply to the Opposition by no later than January 9, 2019.

IT IS SO ORDERED.

###

Date: December 28, 2018

Ernest M. Robles
United States Bankruptcy Judge