| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Wesley H. Avery, Esq. CLS-B SBN 155724<br>Law Offices of Wesley H. Avery, APC<br>758 E. Colorado Blvd. Suite 210<br>Pasadena, CA 91101<br>Office: (626)395-7576<br>Fax: (661)430-5467<br>wavery@thebankruptcylawcenter.com<br><br>☐ Individual appearing without attorney<br>☑ Attorney for John J. Menchaca, chapter 7 trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Felix Anibal Diaz<br>Cecilia Giron Diaz<br><br><br><br><br>Debtor(s) | CASE NO.: 2:18-bk-17781-ER<br>CHAPTER: 7<br><br>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion[1]):<br>- **Stipulation** |

PLEASE TAKE NOTE that the order titled **Order denying stipulation** was lodged on (date) 16 Jan 19_ and is attached. This order relates to the motion which is docket number __29__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9021-1.2.BK.NOTICE.LODGMENT

Wesley H. Avery, Esq. CLS-B (SBN 155724)
Lucy Mavyan, Esq. (SBN 260811)
**LAW OFFICES OF WESLEY H. AVERY, APC**
758 E. Colorado Blvd. # 210
Pasadena CA 91101
Telephone No. (626) 395-7576
FAX No. (661) 430-5467
Attorney for John J. Menchaca, chapter 7 trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FELIX ANIBAL DIAZ and CECILIA GIRON DIAZ, husband and wife,<br><br>Debtors.<br><br>SSN xxx-xx-9282 and xxx-xx-0987 | Case No. 2:18-bk-17781-ER<br><br>Chapter 7<br><br>**ORDER DENYING STIPULATION**<br><br>Date:     January 16, 2019<br>Time:    10:00 a.m.<br>Place:    U.S. Courthouse<br>            Courtroom 1568<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

**IN SAID DISTRICT AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED BELOW:**

Based upon the record before the Court, and with good cause not appearing, the Stipulation filed in Bankr. Case. No. 2:18-bk-17781-ER on December 20, 2018 as document no. 29 is hereby disapproved and denied. ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. I am an employee of Law Offices of Wesley H. Avery, APC, and my business address is 758 E. Colorado Blvd. Ste. 210, Pasadena, CA 91101. A true and correct copy of the foregoing document entitled (*specify*): **Notice of lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 16, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **Daniel K Fujimoto**    wdk@wolffirm.com
- **Michelle R Ghidotti**    ECFNotifications@ghidottilaw.com
- **John J Menchaca (TR)**    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- **Glenn Park**    gparkfirm@gmail.com, gpfirm@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kristin A Zilberstein**    ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 16, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors Felix and Cecilia Diaz, 11119 S. Doty Avenue, Inglewood CA 90303

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 16, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/16/19 | Alexandria Fitzpatrick | /s/ Alexandria Fitzpatrick |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            F 9013-3.1.PROOF.SERVICE